IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID WAYNE THOMAS, II,<br><br>    Plaintiff,<br><br>vs.<br><br>C R BARD, INCORPORATED; BARD PERIPHERAL VASCULAR, INCORPORATED,<br><br>    Defendants. | NO. 2:19-cv-01464-RSM<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S EXPERT REPORT |

THE COURT having considered Plaintiff's motion to extend the deadline to respond to Defendants' motion for summary judgment and Defendants' motion to strike expert report of Robert Allen, M.D.,

IT IS ORDERED that Plaintiff's motion to extend the deadline to respond to Defendants' motion for summary judgment and Defendants' motion to strike expert report of Robert Allen, M.D., is GRANTED. Plaintiff's Responses are now due April 26, 2021. Reply briefs are due April 30, 2021.

DATED THIS 14th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE