**The Honorable Ricardo S. Martinez**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID WAYNE THOMAS, II,<br><br>Plaintiff,<br><br>vs.<br><br>C R BARD INCORPORATED, BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>Defendants. | NO. 2:19-CV-01464-RSM<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO STRIKE PLAINTIFF'S EXPERT REPORT OF ROBERT ALLEN, M.D.<br><br>**Note on Motion Calendar:**<br>**April 27, 2021** |

Upon consideration of Defendants' Unopposed Motion to Extend the Deadline to Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment and Motion to Strike Expert Report of Robert Allen, M.D., and upon good cause shown, it is hereby ORDERED that the Motion is GRANTED, and that Defendants' reply briefs are DUE May 7, 2021.

DATED this 29th day of April, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO STRIKE PLAINTIFF'S EXPERT REPORT OF ROBERT ALLEN, M.D. - NO. 2:19-CV-01464-RSM

- 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Thomas C19-1464 stip order ext ddl/042921 1537/8284-0014