The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID WAYNE THOMAS, II, <br><br> Plaintiff, <br><br> v. <br><br> C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., <br><br> Defendants. | Case No. 2:19-cv-01464-RSM <br><br> **ORDER GRANTING JOINT MOTION TO STAY CASE** |

The Court, having reviewed the Parties' Notice of Settlement and Joint Motion to Stay Case, and good cause appearing therefore, hereby enters the following Order.

IT IS HEREBY ORDERED that all proceedings, including discovery, all pretrial, and trial deadlines, are STAYED for 90 days pending Plaintiff's dismissal.

IT IS FURTHER ORDERED that any hearings currently set are VACATED.

IT IS FURTHER ORDERED that if a dismissal has not been filed at the end of the 90-day stay, the Parties shall file a Joint Status Report regarding the status of the settlement.

SO ORDERED this 30th day of November, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE