The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID WAYNE THOMAS, II, <br><br> Plaintiff, <br><br> v. <br><br> C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC., <br><br> Defendants. | Case No. 2:19-cv-01464-RSM <br><br> **ORDER** |

Before the Court is the Parties' Joint Stipulation of Dismissal Without Prejudice, filed on February 21, 2022.  The Parties stipulate and agree that the above-captioned case be dismissed without prejudice, with each party to bear its own costs.  (See, Fed. R. Civ. P. 41(a)(1)(A)(ii)).

**IT IS ORDERED** that the case is hereby CLOSED.

DATED this 1st day of March, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE